UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL O'BRIEN,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID WILLIAMS, et. al.<br><br>    Defendants. | Civil Action No. 09-11588-PBS |

ORDER ON MOTION TO COMPEL

September 28, 2010

SOROKIN, M.J.

The Motion to Compel (Docket #35) is ALLOWED IN PART and DENIED IN PART, as set forth herein.

The City of Boston concedes that Judge Saris ordered discovery to include Officers Williams's and Nguyen's personnel and internal affairs files.  See Docket # 40 ("The Court then ruled that the Plaintiff could first conduct discovery with respect to the events on March 16, 2009, and that this would also include the personnel and internal affairs files of" Williams and Nguyen).  Accordingly, the Motion is ALLOWED as to Document Request 6(a) and (6)(b).

The Motion is DENIED, without prejudice to renewal after the early mediation, as to Document Request Nos. 5, 7, 8, 10, 11.

SO ORDERED.

/s / Leo T. Sorokin
Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE