UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL O'BRIEN, </br></br>　　　　Plaintiff, </br></br>　　v. </br></br>DAVID WILLIAMS, et al. </br></br>　　　　Defendants. | ) </br> ) </br> ) </br> ) Civil Action No. 09-11588-GAO </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## JOINT MOTION TO MODIFY DISCOVERY SCHEDULE

Counsel for all parties move this Court for a brief modification of certain discovery dates in order to give the parties time to attempt to settle the case. Magistrate Judge Dein has agreed to hold a mediation on February 16, 2012. The trial date is not affected by the proposed modifications. As grounds for this motion, the parties state the following:

1. *Monell* fact discovery ended on January 20, 2012, and has been completed except for the deposition of Police Commissioner Edward Davis and a small number of documents that the City has agreed to produce. With the Court's permission, the deposition of Commissioner Davis was scheduled to take place on January 30, 2012.

2. Counsel for the parties met last week and agreed to mediation. The court's ADR coordinator informed counsel that Judge Dein was available and willing to mediate the case at 11 a.m. on February 16, 2012. The parties have filed a consent to mediation and are awaiting a formal referral.

3. If the case does not resolve, the deposition of Commissioner Davis will take place the week of February 27, 2012.

4. Plaintiff's *Monell* expert disclosures, currently due February 24, 2012, will be served by March 16, 2012.

5. Defendants' *Monell* expert disclosures, currently due April 6, 2012, will be served by April 20, 2012.

6. The deadline for completion of expert depositions will remain May 11, 2012.

7. Summary judgment motions, currently due May 15, 2012, will be filed by May 25, 2012.

8. Oppositions, currently due May 31, will be filed by June 11, 2012.

9. Replies, currently due June 7, will be filed by June 18, 2012.

10. Trial will still commence on September 10, 2012.

WHEREFORE, all parties move that this Court enter an order allowing an extension of discovery on the *Monell* claim to permit the deposition of Commissioner Ed Davis to take place the week of February 27, 2012; to extend the deadline for Plaintiff's expert disclosures to March 16, 2012, and the deadline for Defendants' to April 20, 2012; to maintain the May 11, 2012, deadline for completion of expert depositions; and to set the following briefing schedule for summary judgment motions: motions filed by May 25, 2012, oppositions filed by June 11, 2012, and replies filed by June 18, 2012.

RESPECTFULLY SUBMITTED,

FOR PLAINTIFF,
By his attorneys,

/s/ Howard Friedman
Howard Friedman, BBO #180080
David Milton, BBO # 668908
**Law Offices of Howard Friedman PC**
90 Canal Street, Fifth Floor
Boston, MA 02114-2022
(617) 742-4100
hfriedman@civil-rights-law.com
dmilton@civil-rights-law.com

FOR DEFENDANT CITY OF BOSTON

Corporation Counsel,
William F. Sinnott

By its attorney:

/s/ Evan C. Ouellette
Evan C. Ouellette, BBO #655934
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
617-880-7100

FOR DEFENDANT DAVID WILLIAMS

By his attorney:

/s/ Douglas I. Louison
Douglas I. Louison, BBO #008288
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA 02110
617-439-0305

FOR DEFENDANTS DIEP NGUYEN, ADAM MAMMONE, and SEAN FLYNN
By their attorney:

/s/ Krisna M. Basu
Krisna M. Basu, BBO# 561026
505 Paradise Rd. #278
Swampscott, MA 01907
krisna.basu@verizon.net
(781) 639-9383

**CERTIFICATE OF SERVICE**
I certify that on this day a true copy of the above document was served upon the attorney of record for each party via ECF.

Date: January 30, 2012    /s/ Howard Friedman
                          Howard Friedman