## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

 MICHAEL PATRICK O'BRIEN
                    Plaintiff

                    V.                                          CIVIL ACTION

                                                                NO.   09-11588-GAO
DAVID WILLIAMS, ET AL
                    Defendants

## SETTLEMENT ORDER OF DISMISSAL

 O'TOOLE  D. J.

        The Court having been advised on    2/16/12            that the above-entitled

action has been settled;

        IT IS ORDERED that this action is hereby dismissed without costs and without

prejudice to the right of any party, upon good cause shown, to reopen the action within

thirty (30) days if settlement is not consummated.

                                                        By the Court,


      2/17/12                                           /s/ Paul Lyness
        Date                                            Deputy Clerk


(Dismissal Settlement.wpd - 12/98)